UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| KARISMA GARCIA, | Case No. 3:17-cv-00711-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| BRUCE STROUD, *et al.*, | |
| Respondents. | |

Petitioner Karisma Garcia's *pro se* 28 U.S.C. § 2254 petition for a writ of habeas corpus is before the Court on Respondents' motion for extension of time to file a responsive pleading. Respondents seek a rather lengthy extension, but explain that they need to procure records from three counties that do not have electronic access to court records. Good cause appearing, the Court will grant the motion.

It is therefore ordered that Respondents' motion for extension of time to file a responsive pleading (ECF No. 11) is granted. Respondents must file their responsive pleading on or before April 15, 2019.

It is further ordered that Petitioner's motion to move forward without Respondents' answer (ECF No. 12) is denied as moot.

DATED THIS 8th day of January 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE