UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KARISMA GARCIA,

Petitioner,

v.

BRUCE STROUD, *et al.*,

Respondents.

Case No. 3:17-cv-00711-MMD-WGC

ORDER

Petitioner Karisma Garcia's *pro se* 28 U.S.C. § 2254 petition for a writ of habeas corpus is before the court on Garcia's motion for appointment of counsel. (ECF No. 17.)

There is no constitutional right to appointed counsel in a federal habeas corpus proceeding. *See Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987); *Bonin v. Vasquez*, 999 F.2d 425, 428 (9th Cir.1993). The decision to appoint counsel is generally discretionary. *See Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir.1986), *cert. denied*, 481 U.S. 1023 (1987); *Bashor v. Risley*, 730 F.2d 1228, 1234 (9th Cir.), *cert. denied*, 469 U.S. 838 (1984). However, counsel must be appointed if the complexities of the case are such that denial of counsel would amount to a denial of due process, and where the petitioner is a person of such limited education as to be incapable of fairly presenting his claims. *See Chaney*, 801 F.2d at 1196; *see also Hawkins v. Bennett*, 423 F.2d 948 (8th Cir.1970). Here, the petition presents the issues that Garcia wishes to raise in a reasonably clear manner, and the legal issues are not complex. Therefore, counsel is not justified. Garcia's motion is denied.

It is therefore ordered that Petitioner's motion for appointment of counsel (ECF No. 17) is denied.

///

///

It is further ordered that respondents' motion for extension of time to file a response to the petition (ECF No. 16) is granted *nunc pro tunc*.

DATED THIS 11th day of December 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE